IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL HAYNES,

    Plaintiff,

v.                                        CASE NO. 1:12cv30-SPM/GRJ

UCI ADMIN SHIFT,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 10, 2012 (doc. 4).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2.    The motion for leave to proceed in forma pauperis (doc. 2) is

denied.

3.   This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

4.   Pursuant to the Court's order in Case No. 1:08-cv-3-MP-AK, Doc. 5, the Clerk is directed not to file further lawsuits submitted by Plaintiff until the pleadings are reviewed by the Court and leave granted for such filing.

DONE AND ORDERED this 12th day of June, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge